Louis R. Strubeck, Jr. (SBT 19425600)
louis.strubeck@nortonrosefulbright.com
Greg M. Wilkes (SBT 24047105)
greg.wilkes@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000

Steve A. Peirce (SBT 15731200)
(pro hac vice pending)
steve.peirce@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
111 West Houston Street, Suite 1800
San Antonio, TX 78205
Telephone: (210) 224-5575

ATTORNEYS FOR CANADIAN RECEIVER

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| In re: <br><br> **EAGLE ENERGY INC.** <br><br> **Debtor in a foreign proceeding.** | § § § § § § | Case No. 19-33868-15 <br><br> Chapter 15 <br><br> **Joint Administration Requested** |
| In re: <br><br> **EAGLE ENERGY TRUST** <br><br> **Debtor in a foreign proceeding.** | § § § § § § | Case No. 19-33869-15 <br><br> Chapter 15 <br><br> **Joint Administration Requested** |
| In re: <br><br> **EAGLE ENERGY HOLDINGS INC.** <br><br> **Debtor in a foreign proceeding.** | § § § § § § | Case No. 19-33870-15 <br><br> Chapter 15 <br><br> **Joint Administration Requested** |
| In re: <br><br> **EAGLE HYDROCARBONS INC.** <br><br> **Debtor in a foreign proceeding.** | § § § § § § | Case No. 19-70333-15 <br><br> Chapter 15 <br><br> **Joint Administration Requested** |

94172554.2

- 1 -

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY OF ATTORNEY IN SUPPORT OF RECEIVER'S EMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND RELIEF PURSUANT TO SECTIONS 105(A) AND 1519 OF THE BANKRUPTCY CODE

1.  "My name is Steve A. Peirce. I am over the age of twenty-one (21) years of age, have never been convicted of a felony or crime involving moral turpitude, and am competent in all respects to make this affidavit. I am an attorney (pro hac vice application pending) for FTI Consulting Canada Inc. ("**FTI**") solely in its capacity as court-appointed receiver (the "**Receiver**") of (1) Eagle Energy Inc. ("**Eagle Energy**"), (2) Eagle Energy Trust ("**Eagle Trust**"), (3) Eagle Energy Holdings Inc. ("**Eagle Holdings**"), and (4) Eagle Hydrocarbons Inc. ("**Eagle US**") (collectively, "**Eagle**" or "**Debtors**").

2.  The Receiver is the Movant with respect to the *Receiver's Emergency Ex Parte Application For Temporary Restraining Order And Relief Pursuant To Sections 105(A) And 1519 Of The Bankruptcy Code* ("**Application**"), which was filed contemporaneously with this declaration. As stated in the Notice of Hearing for the Application, the Application has been set for hearing for Friday, November 22, 2019, at 1:30 p.m. (prevailing Central time) before the Honorable Judge Harlin D. Hale, Earl Cabell Federal Building, United State Courthouse, 1100 Commerce Street – 14th Floor, Courtroom #3, Dallas, Texas 75242.

3.  Among other things, the Application seeks relief under 11 U.S.C. § 1519 and a temporary restraining order against collection or other self-help efforts by the above-captioned debtors' creditors.

4.  On November 21, 2019, I or someone with my firm directed that the Application and Notice of Hearing regarding same be served by Noticing Agent Stretto on parties in interest in this case overnight service. Proof of such service will be filed with the Court.

5. In addition, on November 21, 2019, the following parties were served with a copy of (1) the Application with Proposed Order, (2) supporting Unsworn Declaration Under Penalty Of Perjury Of Foreign Counsel, (3) supporting Unsworn Declaration Under Penalty Of Perjury Of Receiver, (4) Notice of Hearing regarding the Application, and (5) Receiver's Witness And Exhibit List For November 22, 2019 Hearing by the method indicated below.

| Name | Method | Email or Fax Number | Comment |
|---|---|---|---|
| Chris Simard<br>Bennett Jones law firm<br>4500 Bankers Hall East, 855 - 2nd Street SW, Calgary, AB, T2P 4K7 | email | simardc@bennettjones.com | Canadian Attorney for Debtors |
| Kelly J. Bourassa<br>Nick Tropak<br>Dan McLeod<br>Jaye Stewart<br>Morgan Crilly | email | Kelly.bourassa@blakes.com<br>nick.tropak@blakes.com<br>Daniel.mcleod@blakes.com<br>jaye.stewart@blakes.com<br>morgan.crilly@blakes.com | Canadian Attorney for secured creditor White Oak |
| Paul Heath<br>Cris Dewar<br>Ryan Hunsaker<br>Matt Pyeatt | email | pheath@velaw.com<br>cdewar@velaw.com<br>rhunsaker@velaw.com<br>mpyeatt@velaw.com | US Attorney for secured creditor White Oak Financial |
| Kyle Landau<br>Joshua Sheppard<br>Craig Fuller | email | klandau@whiteoaksf.com<br>JSheppard@whiteoaksf.com<br>cfuller@whiteoaksf.com | Secured creditor White Oak |
| Howard Gorman | email | howard.gorman@nortonrosefulbright.com | Canadian Attorney for Receiver |
| Edward M. Wilhelm<br>Wilhelm Law Firm<br>Attorney at Law<br>5524 Bee Cave Rd., Ste B-5<br>Austin, Texas 78746 | email | ewilhelm@wilhelmlaw.net | Plaintiff's attorney in Billy J. Perryman v. Eagle Hydrocarbons Inc. and Salt Flat Acquisition LLC Cause no. 18-0-547 in the district court of Caldwell county, Texas 421st Judicial |

| | | | District |
|---|---|---|---|
| Mark Waite<br>DLA Piper LLP (US)<br>1000 Louisiana, Suite 2800<br>Houston Texas 77002 | | Mark.Waite@dlapiper.com | Defendant's attorney in Billy J. Perryman v. Eagle Hydrocarbons Inc. and Salt Flat Acquisition LLC Cause no. 18-0-547 in the district court of Caldwell county, Texas 421st Judicial District |
| Lisa Lambert (United States Trustee) | email | Lisa.L.Lambert@usdoj.gov | |
| Erin Schmidt (United States Trustee) | email | Erin.Schmidt2@usdoj.gov | |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my information and belief.

Executed this 21 day of November, 2019

By: _____
Steve A. Peirce, Attorney for Receiver (pro hac vice application pending)